IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DONALD RAY BRITTON, (TDCJ-CID #1657318) | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION H-12-0718 |
| C. WALKER, | § § § | |
| Defendant. | § | |

**ORDER**

Plaintiff, Donald Ray Britton, a state prisoner proceeding *pro se*, filed this action for violation of his civil rights. On December 6, 2012, this court ordered Britton to submit a more definite statement of the facts involved in this action no later than January 4, 2013. (Docket Entry No. 9). The court admonished Britton that failure to comply as directed may result in the dismissal of this action for want of prosecution.

On January 15, 2013, this court dismissed this action for want of prosecution because Britton failed to comply with the order to file a more definite statement. (Docket Entry No. 11). On January 11, 2013, Britton filed his More Definite Statement. (Docket Entry No. 10).

Britton's wife advised this court that she had been ill and was unable to file the More Definite Statement for her husband in a timely manner. (Docket Entry No. 13). Britton's constructive motion to reinstate, (Docket Entry No. 13), is granted. The Clerk is directed to reinstate this civil action on the court's docket.

SIGNED on February 1, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge